✓ FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 19 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona
TRACY VAN BUSKIRK
Assistant United States Attorney
Arizona State Bar No. 022097
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tracy.van.buskirk@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Boyd Patrick Chase,

Defendant.

No. CR-24-8149-PCT-DJH (MTM)

**INDICTMENT**

VIO: 18 U.S.C. §§ 1153 and 1111
(Second Degree Murder)
Count 1

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about November 23, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, BOYD PATRICK CHASE, an Indian, did with malice aforethought, unlawfully kill R.B.

In violation of Title 18, United States Code, Sections 1153 and 1111.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 19, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
TRACY VAN BUSKIRK
Assistant U.S. Attorney